Rod Danielson
Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| IN RE: | CASE NO. 6:18-bk-10881-SY |
|---|---|
| | CHAPTER 13 |
| FRANCISCO ALBERTO HUERTA | |
| | JUDGE SCOTT H. YUN |
| DEBTOR | NOTICE OF FINAL CURE PAYMENT |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Rod Danielson files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** THE MONEY SOURCE INC.

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| | 0722 | $104,447.41* | $104,447.41 | $0.00 |
| | | | | $0.00 |

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

*If no claim was filed this figure represents debtor's estimated debt.

CASE NO. 6:18-bk-10881-SY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 12th day of January, 2023.

FRANCISCO ALBERTO HUERTA, 1632 PERRIS STREET, SAN BERNARDINO, CA  92411

HESTON & HESTON, ATTORNEYS AT LAW, 19700 FAIRCHILD RD, STE 280, IRVINE, CA  92612

THE MONEY SOURCE INC., 500 SOUTH BROAD STREET, SUITE 100A, MERIDEN, CT  06450

CIS HOMELOANS, 851 MILITARY STREET NORTH, PO BOX 1906, HAMILTON AL 35570,

ELECTRONIC SERVICE - United States Trustee

Date:  January 12, 2023                                         /s/ Rod Danielson
                                                                Rod Danielson
                                                                Chapter 13 Trustee
                                                                3787 University Avenue
                                                                Riverside, CA  92501