Certificate Number: 14912-CAC-DE-037118003

Bankruptcy Case Number: 18-10881



14912-CAC-DE-037118003

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 19, 2023, at 1:55 o'clock AM EST, Francisco Huerta completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   January 19, 2023         By:   /s/Jai Bhatt

                                 Name: Jai Bhatt

                                 Title: Counselor