United States Bankruptcy Court

Central District of California

In re:                                            Case No. 18-10881-SY

Francisco Alberto Huerta                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                           User: admin                           Page 1 of 2

Date Rcvd: Jan 23, 2023                    Form ID: van110                  Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Francisco Alberto Huerta, 1632 Perris Street, San Bernardino, CA 92411-1944 |
| 38346227 | + | Arnold Law Firm, 111 W Ocean Boulevard, Fourth Floor, Long Beach CA 90802-4622 |
| 38315214 | + | Student CU Connect, PO Box 75320, Dallas, TX 75320-0001 |
| 38315213 | + | Student CU Connect, PO Box 206536, Dallas, TX 75320-6536 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jan 24 2023 01:01:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jan 24 2023 01:01:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: TheMoneySourceBKNotices@nationalbankruptcy.com | Jan 24 2023 01:01:00 | The Money Source Inc., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 38315205 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 24 2023 01:00:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 38315207 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 24 2023 01:00:00 | Bank of America Home Loan, 4909 Savare Circle, FL1-908-01-47, Tampa, FL 33634-2413 |
| 38315206 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 24 2023 01:00:00 | Bank of America Home Loan, PO Box 5170, Simi Valley, CA 93062-5170 |
| 38315208 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 24 2023 01:00:00 | Bank of America Home Loans, PO Box 650070, Dallas, TX 75265-0070 |
| 38455105 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 24 2023 01:01:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 38346226 | + | Email/Text: bknotifications@cishomeloans.com | Jan 24 2023 01:01:00 | CIS Homeloans, 851 Military Street North, PO Box 1906, Hamilton AL 35570-1906 |
| 38315209 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2023 00:57:28 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 38315211 | | Email/Text: mrdiscen@discover.com | Jan 24 2023 01:00:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 38315212 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2023 01:08:04 | DSNB/Macy's, PO Box 8218, Mason, OH 45040 |
| 38322876 | | Email/Text: mrdiscen@discover.com | Jan 24 2023 01:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 38315210 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 24 2023 00:57:46 | Chase, PO Box 15298, Wilmington, DE 19850 |

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 23, 2023 | Form ID: van110 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| 38416490 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2023 01:01:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 40910375 | + Email/Text: BK@servicingdivision.com | Jan 24 2023 01:01:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 38346228 | ##+ | ServiceMasters, 860 Ridge Lake Boulevard, Memphis TN 38120-9408 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2023           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Francisco Alberto Huerta bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Matthew L Tillma | on behalf of Creditor The Money Source Inc. matt.ecfiling@gmail.com |
| Paul W Cervenka | on behalf of Creditor The Money Source Inc. paul.cervenka@bonialpc.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

(Form van110−dbcrtn/dbcrtni VAN−110)
Rev. 12/09

# United States Bankruptcy Court
# Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

## NOTICE OF APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**
Francisco Alberto Huerta

**BANKRUPTCY NO.** 6:18−bk−10881−SY
**CHAPTER** 13

**SSN:** xxx−xx−6675
**EIN:** N/A

1632 Perris Street
San Bernardino, CA 92411

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the debtor(s) in the above−captioned bankruptcy case has made application to the court for entry of the debtor(s)' discharge from all debts subject to discharge in this case.

Any creditor or party in interest who has knowledge that the debtor(s) does not qualify for a discharge must do the following within 14−days from the date of this notice:

1. File a written objection to entry of discharge;
2. Serve a copy of the written objection on the debtor(s), the debtor's counsel, if any and the Chapter 13 Trustee; and
3. If the objecting party wishes to have a hearing on the objection, this should be stated in the caption of the objection.

If a hearing is set and you fail to attend, the court may deem your objection to the entry of discharge to be withdrawn.

If the court determines that entry of discharge is not warranted, the case will be closed without a discharge.

Dated: January 23, 2023

BY THE COURT,

**Kathleen J. Campbell**
Clerk of the Court