United States Bankruptcy Court

Central District of California

In re:  
Francisco Alberto Huerta  
    Debtor

Case No. 18-10881-SY  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2  
Date Rcvd: Mar 13, 2023      Form ID: van111      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Francisco Alberto Huerta, 1632 Perris Street, San Bernardino, CA 92411-1944 |
| 38346227 | + Arnold Law Firm, 111 W Ocean Boulevard, Fourth Floor, Long Beach CA 90802-4622 |
| 38315214 | + Student CU Connect, PO Box 75320, Dallas, TX 75320-0001 |
| 38315213 | + Student CU Connect, PO Box 206536, Dallas, TX 75320-6536 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: itcdbg@edd.ca.gov | Mar 14 2023 00:34:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | Email/Text: BKBNCNotices@ftb.ca.gov | Mar 14 2023 00:35:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + Email/Text: TheMoneySourceBKNotices@nationalbankruptcy.com | Mar 14 2023 00:34:00 | The Money Source Inc., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 38315205 | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 14 2023 00:34:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 38315207 | + Email/Text: creditcardbkcorrespondence@bofa.com | Mar 14 2023 00:34:00 | Bank of America Home Loan, 4909 Savare Circle, FL1-908-01-47, Tampa, FL 33634-2413 |
| 38315206 | + Email/Text: creditcardbkcorrespondence@bofa.com | Mar 14 2023 00:34:00 | Bank of America Home Loan, PO Box 5170, Simi Valley, CA 93062-5170 |
| 38315208 | + Email/Text: creditcardbkcorrespondence@bofa.com | Mar 14 2023 00:34:00 | Bank of America Home Loans, PO Box 650070, Dallas, TX 75265-0070 |
| 38455105 | + Email/Text: mortgagebkcorrespondence@bofa.com | Mar 14 2023 00:34:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 38346226 | + Email/Text: bknotifications@cishomeloans.com | Mar 14 2023 00:35:00 | CIS Homeloans, 851 Military Street North, PO Box 1906, Hamilton AL 35570-1906 |
| 38315209 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2023 00:37:31 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 38315211 | Email/Text: mrdiscen@discover.com | Mar 14 2023 00:34:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 38315212 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2023 00:38:10 | DSNB/Macy's, PO Box 8218, Mason, OH 45040 |
| 38322876 | Email/Text: mrdiscen@discover.com | Mar 14 2023 00:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 38315210 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 14 2023 00:37:31 | Chase, PO Box 15298, Wilmington, DE 19850 |

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Mar 13, 2023 | Form ID: van111 | Total Noticed: 20

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 38416490 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 14 2023 00:34:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 40910375 | + | Email/Text: BK@servicingdivision.com | Mar 14 2023 00:34:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 38346228 | ##+ | ServiceMasters, 860 Ridge Lake Boulevard, Memphis TN 38120-9408 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 15, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Francisco Alberto Huerta bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Matthew L Tillma | on behalf of Creditor The Money Source Inc. matt.ecfiling@gmail.com |
| Mukta Suri | on behalf of Creditor The Money Source Inc. Mukta.Suri@BonialPC.com |
| Paul W Cervenka | on behalf of Creditor The Money Source Inc. paul.cervenka@bonialpc.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 6

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

## NOTICE OF REQUIREMENT TO FILE A DEBTOR'S CERTIFICATION OF COMPLIANCE UNDER 11 U.S.C. §1328(a) AND APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**
Francisco Alberto Huerta
**SSN:** xxx−xx−6675
**EIN:** N/A

1632 Perris Street
San Bernardino, CA 92411

**BANKRUPTCY NO.** 6:18−bk−10881−SY
**CHAPTER** 13

**TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY**

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must complete and file Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge before a discharge can be entered in the above−captioned case. This form is available on the court's website at www.cacb.uscourts.gov.

Debtor(s) and /or debtor(s)' attorney is/are further notified that the Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge must be filed within 30 days from the date of this notice. Failure to timely file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the case, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: March 13, 2023

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form dnrotrf rev. 05/06 VAN−111

**52 / DR**