# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN RE: §
§ **CASE NO. 6:18-bk-10881-SY**
**FRANCISCO ALBERTO HUERTA** §
DEBTOR §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Allied First Bank, SB dba Servbank | The Money Source Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Allied First Bank, SB dba Servbank**
**3138 E Elwood St**
**Phoenix, Arizona 85034**

Phone:
Last Four Digits of Acct #: **xxxx0722**

Court Claim # (if known): 4-1
Amount of Claim: $104,447.41
Date Claim Filed: 08/23/2021

Phone:
Last Four Digits of Acct.#:0722

Name and Address where transferee payments should be sent (if different from above):

Allied First Bank, SB dba Servbank
ATTN: Cashiering
3138 E Elwood St
Phoenix, Arizona 85034

Phone: **866-867-0330**
Last Four Digits of Acct #: **xxxx0722**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Mukta Suri                                    Date:            04/11/2023
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before April 13, 2023 via electronic notice unless otherwise stated:

**Debtor**           *Via U.S. Mail*
Francisco Alberto Huerta
1632  Perris St
San Bernardino, CA 92411-1944


**Debtors' Attorney**
Benjamin R. Heston
100 Bayview Circle, Suite 100
Newport Beach, CA  92660

**Chapter 13 Trustee**
Rod Danielson
3787 University Avenue
Riverside, California 92501

                                        Respectfully Submitted,

                                        /s/ Mukta Suri
                                        Mukta Suri