United States Bankruptcy Court

Central District of California

In re:  Case No. 18-10881-SY
Francisco Alberto Huerta  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2
Date Rcvd: Apr 13, 2023      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 40910375 | + Email/Text: BK@servicingdivision.com | Apr 14 2023 00:37:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Francisco Alberto Huerta bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Matthew L Tillma | on behalf of Creditor The Money Source Inc. matt.ecfiling@gmail.com |
| Mukta Suri | on behalf of Creditor Allied First Bank SB dba Servbank Mukta.Suri@BonialPC.com |
| Mukta Suri | on behalf of Creditor The Money Source Inc. Mukta.Suri@BonialPC.com |
| Paul W Cervenka | on behalf of Creditor The Money Source Inc. paul.cervenka@bonialpc.com |

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 13, 2023 | Form ID: trc | Total Noticed: 1 |

Rod Danielson (TR)
    notice-efile@rodan13.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Central District of California
Case No. 6:18-bk-10881-SY
Chapter 13

In re: Debtor(s) (including Name and Address)

Francisco Alberto Huerta
1632 Perris Street
San Bernardino CA 92411

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/13/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450 | Allied First Bank, SB dba Servbank<br>3138 E Elwood St<br>Phoenix, Arizona 85034 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/15/23

Kathleen J. Campbell
**CLERK OF THE COURT**