United States Bankruptcy Court

Central District of California

In re:  
Francisco Alberto Huerta  
    Debtor

Case No. 18-10881-SY  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2  
Date Rcvd: May 08, 2023      Form ID: 3180W      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Francisco Alberto Huerta, 1632 Perris Street, San Bernardino, CA 92411-1944 |
| 38346227 | + | Arnold Law Firm, 111 W Ocean Boulevard, Fourth Floor, Long Beach CA 90802-4622 |
| 38315214 | + | Student CU Connect, PO Box 75320, Dallas, TX 75320-0001 |
| 38315213 | + | Student CU Connect, PO Box 206536, Dallas, TX 75320-6536 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | May 09 2023 04:04:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | May 09 2023 04:04:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: BK@servicingdivision.com | May 09 2023 00:21:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | Email/Text: TheMoneySourceBKNotices@nationalbankruptcy.com | May 09 2023 00:21:00 | The Money Source Inc., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 41497271 | + | Email/Text: BK@servicingdivision.com | May 09 2023 00:21:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 38315205 | | EDI: BANKAMER.COM | May 09 2023 04:04:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 38315207 | + | EDI: BANKAMER.COM | May 09 2023 04:04:00 | Bank of America Home Loan, 4909 Savare Circle, FL1-908-01-47, Tampa, FL 33634-2413 |
| 38315206 | + | EDI: BANKAMER.COM | May 09 2023 04:04:00 | Bank of America Home Loan, PO Box 5170, Simi Valley, CA 93062-5170 |
| 38315208 | + | EDI: BANKAMER.COM | May 09 2023 04:04:00 | Bank of America Home Loans, PO Box 650070, Dallas, TX 75265-0070 |
| 38455105 | + | EDI: BANKAMER2.COM | May 09 2023 04:04:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 38346226 | | Email/Text: bknotifications@cishomeloans.com | May 09 2023 00:22:00 | CIS Homeloans, 851 Military Street North, PO Box 1906, Hamilton AL 35570-1906 |
| 38315209 | + | EDI: CAPITALONE.COM | May 09 2023 04:04:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 38315211 | | EDI: DISCOVER.COM | May 09 2023 04:04:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 38315212 | + | EDI: CITICORP.COM | May 09 2023 04:04:00 | DSNB/Macy's, PO Box 8218, Mason, OH 45040 |

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 08, 2023 | Form ID: 3180W | Total Noticed: 22 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 38322876 | | EDI: DISCOVER.COM | May 09 2023 04:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 38315210 | | EDI: JPMORGANCHASE | May 09 2023 04:04:00 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 38416490 | + | Email/Text: bankruptcydpt@mcmcg.com | May 09 2023 00:21:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 40910375 | + | Email/Text: BK@servicingdivision.com | May 09 2023 00:21:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 38346228 | ##+ | ServiceMasters, 860 Ridge Lake Boulevard, Memphis TN 38120-9408 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 10, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Francisco Alberto Huerta bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Matthew L Tillma | on behalf of Creditor The Money Source Inc. matt.ecfiling@gmail.com |
| Mukta Suri | on behalf of Creditor Allied First Bank SB dba Servbank Mukta.Suri@BonialPC.com |
| Mukta Suri | on behalf of Creditor The Money Source Inc. Mukta.Suri@BonialPC.com |
| Paul W Cervenka | on behalf of Creditor The Money Source Inc. paul.cervenka@bonialpc.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 7

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Francisco Alberto Huerta | Social Security number or ITIN   xxx–xx–6675 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ EIN   __–_____ |
| United States Bankruptcy Court   Central District of California | | |
| Case number:   6:18–bk–10881–SY | | |

## Order of Discharge – Chapter 13     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Francisco Alberto Huerta

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 5/8/23

**Dated:** 5/8/23                    **By the court:**    Scott H. Yun
                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**59/SM6**

**For more information, see page 2 >**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**